# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DOUGLAS LEONARD et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TAMAZ NASR, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:14-cv-00233-RCJ-WGC <br><br> **ORDER** |

    This case arises out of a collision between a car and a bicycle. Pending before the Court is a Motion for Default Judgment (ECF No. 5). Obtaining default judgment is a two-step process under Rule 55. *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). First, the party seeking a default judgment must petition the Clerk to enter default. Fed. R. Civ. P. 55(a). Second, the party must petition the Clerk or the Court for a default judgment, depending upon whether a sum certain is requested. Fed. R. Civ. P. 55(b)(1)–(2). Here, there is no evidence of default having been entered by the Clerk. Plaintiffs must ask the Clerk to enter default before asking the Court (or the Clerk) for a default judgment.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Default Judgment (ECF No. 5) is DENIED.

IT IS SO ORDERED.

Dated this 30th day of December, 2014.

_____
ROBERT C. JONES
United States District Judge